Certificate Number: 20102-PAE-DE-039766839

Bankruptcy Case Number: 25-10829



20102-PAE-DE-039766839

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 14, 2025, at 8:11 o'clock AM EDT, Luis Santos completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 14, 2025         By:   /s/Marcy Walter

                             Name: Marcy Walter

                             Title: President-Manager